UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: **Clinton Wheeler**
**Tavnia Wheeler**

Debtor(s).

Case No. **09-32738**
Chapter **7**

Trustee: **Rushton**

## AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION: ____ REOPENING: Yes ____ No **X**  CONVERSION (13 to 7): Yes ____ No ____
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions only!

2. SCHEDULES: A___ B___ C___ D___ E___ F **✓** G___ H · I **✓** J **✓**
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing ____ Adding **✓** ($26 amendment fee required for D, E, & F.)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: ___
4. STATEMENT OF AFFAIRS: ___
5. AMENDED CHAPTER 13 PLAN: ___

> If you have amended schedules D, E, F by adding a creditor, you owe $26.00 amendment fee. Fee attached _____
>
> If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached _____
> Reason no fee is attached _____

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

> I declare under penalty of perjury that the information provided in this attached amendment is true and correct.
>
> X _Clinton Wheeler_ 8-4-2010        X _Tavnia B Wheeler_ 8-4-2010
> Debtor          Date                   Debtor          Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes ___ No ___

ATTORNEY FOR DEBTOR(S) _____ 8·10·10

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

____ 341 Notice to creditors added by this amendment.
____ Discharge Notice to creditors added by this amendment.
____ Amended Chapter 13 Plan to all creditors.

DATED _____                    ATTORNEY FOR DEBTOR(S)

FILED
2010 AUG 12 PM 4:01
UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH



B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Utah

In re    **Clinton Kay Wheeler,**
         **Taunia B. Wheeler**

Case No. __09-32738__

Debtors

Chapter __7__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 708,870.00 | | |
| B - Personal Property | Yes | 4 | 11,492.47 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 776,396.32 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 139,543.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,410.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,410.00 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 720,362.47 | | |
| Total Liabilities | | | | 915,940.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Utah

In re    **Clinton Kay Wheeler,**
         **Taunia B. Wheeler**

Case No. __09-32738__

Debtors,

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6F (Official Form 6F) (12/07) - Cont.

In re  Clinton Kay Wheeler,  
Taunia B. Wheeler  
_____,  
Debtors

Case No. __09-32738__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx3049<br>Creditor #: 26<br>Pay Pal Buyers Credit<br>PO BOX 960080<br>Orlando, FL 32896 | | J | 2008<br>Goods and Services | | | | 139.70 |
| Account No. Clinton Wheeler<br>Creditor #: 27<br>Prosper Inc.<br>5072 N. 300 W.<br>Provo, UT 84604 | | J | Goods and Services | | | | 3,111.12 |
| Account No. xxxxxx0000<br>Creditor #: 28<br>Questar Gas Company<br>Po Box 45841<br>Salt Lake City, UT 84139 | | J | 2008<br>Goods and Services | | | | 207.51 |
| Account No.<br>Express Recovery Services Inc<br>PO Box 26415<br>Salt Lake City, UT 84126-0415 | | | Representing:<br>Questar Gas Company | | | | Notice Only |
| Account No. xxxxxxx x&x (xx-9225,xx-1311)<br>Creditor #: 29<br>Reinhard Refrigeration<br>55 East Main Street<br>Duchesne, UT 84021 | | J | 2008<br>Goods and Services | | | | 7,800.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  

11,258.33

B6I (Official Form 6I) (12/07)

In re **Clinton Kay Wheeler**
     **Taunia B. Wheeler**
                    Debtor(s)

Case No. **09-32738**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): Daughter / Daughter | AGE(S): 15 / 19 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | construction | manager/teacher |
| Name of Employer | Self-employed | Power House Dance Studio, LLC |
| How long employed | since 1994 | Since 2009 |
| Address of Employer | | 435 North Vernal Avenue, Vernal, UT 84078 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 2,004.00 | $ 2,406.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,004.00 | $ 2,406.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,004.00 | $ 2,406.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,410.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re
**Clinton Kay Wheeler**
**Taunia B. Wheeler**

Debtor(s)

Case No. **09-32738**

# CLINTON K. WHEELER CONSTRUCTION
## Business Budget

| | | |
|---|---:|---:|
| Gross Receipts | | $ 3,700.00 |
| Materials & supplies | $ 777.00 | |
| Supplies | 400.00 | |
| Repairs & maintenance | 85.00 | |
| Licensing | 55.00 | |
| Liability insurance | 192.00 | |
| Vehicle insurance | 187.00 | |
| Property taxes | 76.00 | |
| Total Expenses | | 2,072.00 |
| Net Profit | | $ 1,628.00 |

# POWER HOUSE DANCE STUDIO, LLC
## Business Budget

| | | |
|---|---:|---:|
| Gross Receipts | | $ 6,917.00 |
| Studio Rent | $3,500.00 | |
| Materials & supplies | $ 126.00 | |
| Utilities | 483.00 | |
| Telephone | 304.00 | |
| Advertising | 12.00 | |
| Professional fees | 23.00 | |
| Vehicle insurance | 63.00 | |
| Property taxes | 3.00 | |
| Total Expenses | | $4,514.00 |
| Net Profit | | $ 2,403.00 |

B6J (Official Form 6J) (12/07)

In re  **Clinton Kay Wheeler**
**Taunia B. Wheeler**                                                              Case No. __09-32738__
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,000.00 |
| a. Are real estate taxes included?   Yes ___   No _X_ | |
| b. Is property insurance included?   Yes ___   No _X_ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 225.00 |
| b. Water and sewer | $ 90.00 |
| c. Telephone | $ 95.00 |
| d. Other  **Cable/Internet** | $ 110.00 |
| 3. Home maintenance (repairs and upkeep) | $ 70.00 |
| 4. Food | $ 550.00 |
| 5. Clothing | $ 140.00 |
| 6. Laundry and dry cleaning | $ 70.00 |
| 7. Medical and dental expenses | $ 200.00 |
| 8. Transportation (not including car payments) | $ 275.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 300.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 0.00 |
| e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  **Vehicle tax and registration** | $ 30.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other | $ 0.00 |
| c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  **Grooming & Toiletries** | $ 70.00 |
| Other  **School Lunches & School Fees** | $ 85.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 4,410.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 4,410.00 |
| b. Average monthly expenses from Line 18 above | $ 4,410.00 |
| c. Monthly net income (a. minus b.) | $ 0.00 |

From : Clinton Wheeler
       1427 E 500 N
       Vernal, Utah 84078

To: Berry and Tripp
    FAX # 801-263-2487

Please add the following creditor to Ch 7;

Prosper Inc.
5072 North 300 West
Provo, Utah  84604

Phone..........801-371-0755
Fax............801-374-2358

Balance due..................$3111.12

Account name..........Clinton Wheeler